DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0368 AWI |
| *Plaintiff,* | |
| v. | DEFENDANT'S WAIVER OF PERSONAL APPEARANCE |
| KHONESAY RACHSINGHARN, | |
| *Defendant.* | |

The undersigned defendant Khonesay Rachsingharn, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to appear at status conferences, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to status conference, motions hearing, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Mr. Rachsingharn makes this request because he resides in San Jacinto, California and repeated travel to Fresno is an economic hardship due to the cost of travel and the need to arrange child care for his four children.

Counsel for Mr. Rachsingharn represents that Assistant U.S. Attorney Kathleen A. Servatius does not oppose this waiver of appearance.

DATED:  November 8, 2011          /s/ *Khonesay Rachsingharn*
                                           KHONESAY RACHSINGHARN
                                           Defendant

                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: November 8, 2011           /s/ *Victor M. Chavez*
                                           VICTOR M. CHAVEZ
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Khonesay Rachsingharn

**ORDER**

IT IS SO ORDERED.

Dated:     November 8, 2011

                                         CHIEF UNITED STATES DISTRICT JUDGE