DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-0368 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| KHONESAY RACHSINGHARN, | ) | DATE:   February 6, 2012 |
| Defendant. | ) | TIME:   9:00 A.M. |
| | ) | JUDGE:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender

Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set

for December 19, 2011, **may be continued to February 6, 2012 at 9:00 a.m.**

This stipulation is proposed by the defense to allow for completion of discovery review.  The

requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

best interests of the public and the defendant in a speedy trial.

///

///

1

BENJAMIN B. WAGNER
United States Attorney

2

3    DATED: December 15, 2011          By:    /s/ Kathy A. Servatius
                                              KATHY A. SERVATIUS
4                                             Assistant United States Attorney
                                              Counsel for Plaintiff
5

6

7

DANIEL J. BRODERICK
Federal Defender

8

9    DATED: December 15, 2011          By:    /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
10                                            Assistant Federal Defender
                                              Attorney for Defendant
11                                            KHONESAY RACHSINGHARN

12

13

14

15

16                                    **ORDER**

17

18   IT IS SO ORDERED.

19

20   Dated:    December 16, 2011              _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Rachsingharn  - Stipulation to Continue
Status Conference Hearing                    2