DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0368 AWI |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| KHONESAY RACHSINGHARN, | DATE: March 19, 2012 |
| | TIME: 10:00 A.M. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set for February 27, 2012, **may be continued to March 19, 2012 at 10:00 a.m.**

This stipulation is proposed by counsel to allow more time to complete discovery review and plea negotiation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED: February 23, 2012              By:    /s/ Kathy A. Servatius
                                              KATHY A. SERVATIUS
                                              Assistant United States Attorney
                                              Counsel for Plaintiff



                                              DANIEL J. BRODERICK
                                              Federal Defender


DATED: February 23, 2011              By:    /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              KHONESAY RACHSINGHARN
```

**ORDER**

IT IS SO ORDERED.

Dated:   February 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE