DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KHONESAY RACHSINGHARN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-0368 AWI |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER |
| | ) | |
| KHONESAY RACHSINGHARN, | ) | DATE:   June 4, 2012 |
| | ) | TIME:   10:00 A.M. |
| *Defendant.* | ) | JUDGE:  Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Kathy A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender

Victor M. Chavez, Counsel for Defendant Khonesay Rachsingharn, that the status conference currently set

for April 30, 2012, **may be continued to June 4, 2012 at 10:00 a.m.**

This stipulation is proposed by counsel to allow more time to complete discovery review and

consideration of plea offer.  The requested continuance will conserve time and resources for both counsel

and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

best interests of the public and the defendant in a speedy trial.

///

1                BENJAMIN B. WAGNER
                  United States Attorney

2

3  DATED: April 26, 20 12        By:   */s/ Kathy A. Servatius*
                  KATHY A. SERVATIUS

4                Assistant United States Attorney
                Counsel for Plaintiff

5

6

7                DANIEL J. BRODERICK
                Federal Defender

8

9  DATED: April 26, 2012        By:   */s/ Victor M. Chavez*
                VICTOR M. CHAVEZ

10              Assistant Federal Defender
              Attorney for Defendant

11             KHONESAY RACHSINGHARN

12

13

14

15

16                    **ORDER**

17

18  IT IS SO ORDERED.

19

20  Dated:   April 26, 2012
                CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Rachsingharn  - Stipulation to Continue
Status Conference Hearing       2